# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2008

Clifford W. Taylor,
Chief Justice

134834
& (29)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC:  134834
                                    COA: 276435
EDWARD FRANKLIN HULBERT,
     Defendant-Appellant.
                                    Livingston CC: 03-013676-FH

_____/

     By order of November 29, 2007, the prosecuting attorney was directed to answer the application for leave to appeal the June 1, 2007 order of the Court of Appeals.  On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court, except that this Court agrees with the concurring judge in the Court of Appeals that there is no need for the resentencing to be before a different judge.

     CAVANAGH, J., would grant leave to appeal.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2008

Clerk

l0422